UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-155-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LONNIE CLARK DUFF | |

On motion of the Defendant, Lonnie C. Duff, and for good cause shown, it is hereby ORDERED that the **[DE 31]** be sealed until further notice by this Court.

SO ORDERED. This **28** day of June 2016.

 *(signature)*
JAMES C. DEVER III
Chief United States District Judge